1  **BATESCAREY LLP**
   David L. Koury (admitted pro hac vice)
2  Adrian T. Rohrer (admitted pro hac vice)
   arohrer@batescarey.com
3  191 North Wacker, Suite 2400
   Chicago, IL 60606
4  (312) 762-3100

5  **BOWMAN AND BROOKE LLP**
   Neil M. Kliebenstein (SBN 226060)
6  Neil.kliebenstein@bowmanandbrooke.com
   Samuel J. Galvin (SBN 336930)
7  Samuel.galvin@bowmanandbrooke.com
   1741 Technology Drive, Suite 200
8  San Jose, CA 95110
   Telephone:    (408) 279-5393
9  Facsimile:    (408) 279-5845

10 Attorneys for Plaintiff, Counter-Defendant
   AMTRUST INTERNATIONAL UNDERWRITERS DAC
11

12                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13                       **SAN JOSE DIVISION**

| | |
|---|---|
| 14  AMTRUST INTERNATIONAL UNDERWRITERS DAC, | Case No. 5:22-cv-03844-BLF |
| 15                Plaintiff, | Judge Beth Labson Freeman |
| 16  vs. | **ORDER APPROVNG** **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| 17  180 LIFE SCIENCES CORP., | |
| 18                Defendant. | |
| 19  AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. | |

- 1 -
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

Plaintiff/Counter-Defendant AmTrust International Underwriters DAC ("AmTrust"), and Defendant/Counterclaimant 180 Life Sciences Corp. ("180 Life"), by and through their respective undersigned counsel, hereby consent, agree and stipulate as follows:

1. 180 Life and AmTrust have agreed to fully compromise, resolve and settle all claims brought in this cause, including, but not limited to, all claims asserted and alleged, or which could have been asserted or alleged, in this cause by 180 Life and AmTrust.

2. 180 Life and AmTrust have entered into a written Settlement Agreement and Release reflecting and setting forth the terms and conditions of 180 Life's and AmTrust's settlement of this cause, and the settlement has now been performed in full.

3. On September 20, 2024, the only other party to this cause, Freedom Specialty Insurance Company, was previously dismissed from this cause with prejudice.

4. As part of 180 Life's and AmTrust's settlement, and subject to the terms and conditions of the Settlement Agreement and Release, 180 Life and AmTrust agree and hereby stipulate to the dismissal of this cause as to all claims and all parties *with prejudice*, and with each party bearing their own costs and fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: April 30, 2025              COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: /s/Andrew N. Bourne
     Andrew N. Bourne

SHIELDS LAW OFFICES

By: /s/Jeffrey W. Shields
     Jeffrey W. Shields
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff 180 Life Sciences Corp.

| | |
|---|---|
| DATED: April 30, 2025 | BATESCAREY LLP |
| | By: <u>/s/Adrian T. Rohrer</u> |
| | Adrian T. Rohrer |
| | David L. Koury |
| | |
| | Attorneys for Plaintiff and Counter-Defendant AmTrust International Underwriters DAC |

**[~~PROPOSED~~] ORDER**

Having considered AmTrust International Underwriters DAC's and 180 Life Sciences Corp.'s Joint Stipulation of Dismissal, and for good cause shown, IT IS HEREBY ORDERED that:

Pursuant to AmTrust International Underwriters DAC's and 180 Life Sciences Corp.'s settlement, and subject to the terms and conditions of their Settlement Agreement and Release, this cause is dismissed as to all claims and all parties *with prejudice*, and with each party bearing their own costs and fees.

Dated: __April 30, 2025__

_____
Honorable Beth Labson Freeman

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2025, the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, and notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

/s/Adrian T. Rohrer
Adrian T. Rohrer